# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**211**

**CAF 14-00511**

PRESENT: CENTRA, J.P., PERADOTTO, CARNI, SCONIERS, AND DEJOSEPH, JJ.

---

IN THE MATTER OF LENORES S.M.,
RESPONDENT-APPELLANT.

------------------------------          MEMORANDUM AND ORDER

WAYNE COUNTY ATTORNEY,
PETITIONER-RESPONDENT.

---

CHARLES PLOVANICH, ATTORNEY FOR THE CHILD, ROCHESTER, FOR
RESPONDENT-APPELLANT.

DANIEL C. CONNORS, COUNTY ATTORNEY, LYONS (ERIN M. HAMMOND OF
COUNSEL), FOR PETITIONER-RESPONDENT.

---

Appeal from an order of the Family Court, Wayne County (Daniel G. Barrett, J.), entered February 3, 2014 in a proceeding pursuant to Family Court Act article 3. The order, among other things, placed respondent in the custody of the Wayne County Department of Social Services for a period of one year.

It is hereby ORDERED that said appeal is unanimously dismissed without costs.

Memorandum: Respondent appeals from an order revoking his probation and placing him in the custody of the Wayne County Department of Social Services for a period of one year. This appeal is moot because respondent's one-year placement has expired, and the exception to the mootness doctrine does not apply (*see Matter of Sysamouth D.*, 98 AD3d 1314, 1314; *Matter of Kale F.*, 269 AD2d 832, 833; *see generally Matter of Hearst Corp. v Clyne*, 50 NY2d 707, 714-715).

Entered:  February 13, 2015                    Frances E. Cafarell
                                               Clerk of the Court